FILED

APR 18 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARISSA LYNN KOPP,<br><br>Defendant. | CR 16–28–M–DLC–3<br><br>ORDER |

The Defendant Carissa Lynn Kopp having moved for the release of a redacted copy of the Presentence Investigation filed in this matter to be used in her State sentencing hearing in Montana Twenty-First Judicial District Court cause number DC-17-08, with no objection from the Government,

IT IS ORDERED that the motion (Doc. 146) is GRANTED. The Clerk's Office is ordered to release a copy of the Presentence Investigation Report with all victim information redacted to Counsel for the Defendant, who shall have authority to disseminate the same to the prosecutor, an agent of the Montana Department of Corrections, and Judge Jeffrey H. Langton.

DATED this 18th day of April, 2017.

Dana L. Christensen, Chief Judge
United States District Court